*3*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIO ALANIZ, JR. | § |
|     Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| THE CITY OF SULLIVAN CITY, TEXAS | § |
| GUMARO FLORES, In His Individual and | § |
| Official Capacity as Mayor of Sullivan City, | § |
| REYNALDO RUIZ and | § |
| FROILAN RAMIREZ, In their Individual | § |
| and Official Capacities as Commissioners | § |
| and ROLANDO GONZALEZ, In His | § |
| Individual and Official Capacity as | § |
| City Manager | § |
|     Defendants. | § |

CIVIL ACTION NO. B-04-040

JURY DEMANDED

---

## PLAINTIFF'S CERTIFIED DISCLOSURES OF INTERESTED PARTIES

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    Pursuant to the Court's Order, Plaintiff, **MARIO ALANIZ, JR.** counsel certifies that the only persons, associations, etc., that are known to Plaintiff Mario Alaniz, Jr. to be financially interested in the outcome of this litigation are:

    1.    Plaintiff Mario Alaniz, Jr.

    2.    Defendant City of Sullivan City, Texas

    3.    Defendant Gumaro Flores, in his Individual and Official Capacities

    4.    Defendant Reynaldo Ruiz, in his Individual and Official Capacities

    5.    Defendant Froilan Ramirez, in his Individual and Official Capacities

    6.    Defendant Rolando Gonzalez, in his Individual and Official Capacities

Signed on March __*15*__, 2004.

Respectfully submitted,
SANCHEZ, WHITTINGTON, JANIS
      & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: (956) 546-3731
Telefax: (956) 546-3766


By: _____
    Francisco J. Zabarte
    State Bar No. 22235300
    Federal Bar No. 10747

    Miguel Salinas
    State Bar No. 17534750
    Federal I.D. No. 15171
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521
Telephone: (956) 550-1115
Telefax: (956) 550-1134

ATTORNEY FOR PLAINTIFF
      MARIO ALANIZ, JR.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Plaintiff's Certified Disclosures of Interested Parties,** has been forwarded on *15th day of* March, 2004 by via certified mail, return receipt requested to the following:

Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521


_____
Francisco J. Zabarte