

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

MAR 1 6 2004

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

__Southern__ District of __Texas__

Mario Alaniz, Jr.

V.

The City of Sullivan City, Texas
Gumaro Flores, Reynaldo Ruiz
Froilan Ramirez and Rolando Gonzalez

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-04-040**

TO: (Name and address of Defendant)

Mr. Rolando Gonzalez
Sullivan City, City Hall
South Cenizo Street
Municipal Park Complex
Sullivan City, Texas 78595

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Francisco J. Zabarte
100 N. Expressway 83
Brownsville, Texas 78520

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

2-27-04
DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

*PROCESS SERVED*
*AFFIDAVIT ATTACHED*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                        *Signature of Server*

*PROFESSIONAL CIVIL PROCESS*
*700 PAREDES AVE., #208*
*BROWNSVILLE, TEXAS 78520*
*TEL (956) 546-1313*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **COUNTY: FEDERAL-B'VILLE** | **CASE # B-04-040** | **COURT** | |
| | | Clt. Ref.# | Clt.# 150 |

MARIO ALANIZ, JR.

VS

THE CITY OF SULLIVAN CITY, TEXAS, GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ AND ROLANDO GONZALEZ

The documents came to hand for service on 03/02/04  Time: 09:00:00

Documents received for service:

**SUMMONS AND PLAINTIFF'S ORIGINAL COMPLAINT**

The documents were delivered on **03/04/04  Time: 10:45:00**

Executed at: Municipal Park Complex
             Sullivan City, TX
to the following: **Gonzalez, Rolando**
                  **Works: Sullivan City Hall**

✓ PERSONALLY delivering the document(s) to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Manuel C Cantu _____, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: _____

Witness Fee Tendered: _____

Manuel C Cantu
Professional Civil Process
4307 North Tenth St. #G-2
McAllen, Texas 78504

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this ___5___ day of _March_ 200_4_.

PCP Inv. #V03040027

NOTARY PUBLIC FOR THE STATE OF TEXAS

CYNTHIA C. RODRIGUEZ
Notary Public
State of Texas
My Comm. Exp. 4-13-2005