IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIO ALANIZ, JR. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. |
| § | |
| THE CITY OF SULLIVAN CITY, TEXAS, § | B - 04 - 040 |
| TEXAS, GUMARO FLORES, in his and § | |
| Official Capacity as Mayor of Sullivan § | |
| City, REYNALDO RUIZ and FROILAN § | |
| RAMIREZ, in their Individual and Official § | |
| Capacities as Commissioners and ROLANDO § | |
| GONZALEZ, in his Individual and Official § | |
| Capacity as City Manager § | |

## DEFENDANTS' CERTIFICATE OF DISCLOSURE
## OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW the **CITY OF SULLIVAN CITY, TEXAS, GUMARO FLORES,** *in his Official Capacity as Mayor of Sullivan City,* **REYNALDO RUIZ** and **FROILAN RAMIREZ,** *in their Individual and Official Capacities as Commissioners* and **ROLANDO GONZALEZ,** *in his Individual and Official Capacity as City Manager,* Defendants herein and file this their Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1)  **PLAINTIFF:**
Mario Alaniz, Jr.


(2)  **ATTORNEYS FOR PLAINTIFF:**
Frank J. Zabarte
SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 N. Expressway 83
Brownsville, TX 78521-2284

Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, TX 78521


(3)  **DEFENDANTS;**
City of Sullivan City, Texas
Gumaro Flores
Reynaldo Ruiz
Froilan Ramirez
Rolando Gonzalez


(4)  **ATTORNEYS FOR DEFENDANTS:**
J. Arnold Aguilar
John J. Jordan, Jr.
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX  78520


(5)  Risk Pool Association
TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL
P. O. Box 149194
Austin, TX  78714-9194

Signed on this the _29th_ day of March, 2004.

                                    Respectfully submitted,

                                    **LAW OFFICE**
                                    **J. ARNOLD AGUILAR**
                                    Artemis Square, Suite H-2
                                    1200 Central Boulevard
                                    Brownsville, Texas  78520
                                    Telephone   :  (956) 504-1100
                                    Facsimile    :  (956) 504-1408

By: _____
           J. Arnold Aguilar
           State Bar No. 00936270
           Federal Adm. No. 6822

           John J. Jordan, Jr.
           State Bar No. 00796852
           Federal Adm. No. 21304

           Attorneys for Defendants,
           CITY OF SULLIVAN CITY, TEXAS, GUMARO
           FLORES, REYNALDO RUIZ, FROILAN
           RAMIREZ and ROLANDO GONZALEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the 30th day of March, 2004, been forwarded via certified mail, return receipt requested to:

Mr. Frank J. Zabarte
SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 N. Expressway 83
Brownsville, TX 78521-2284

Mr. Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, TX 78521

J. Arnold Aguilar