United States District Court
Southern District of Texas
FILED

APR 1 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF SULLIVAN CITY, TEXAS | § | |
| GUMARO FLORES, In His Individual and | § | CIVIL ACTION NO. B-04-040 |
| Official Capacity as Mayor of Sullivan City, | § | |
| REYNALDO RUIZ and | § | JURY DEMANDED |
| FROILAN RAMIREZ, In their Individual | § | |
| and Official Capacities as Commissioners | § | |
| and ROLANDO GONZALEZ, In His | § | |
| Individual and Official Capacity as | § | |
| City Manager | § | |
| Defendants. | | |

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' FIRST AMENDED MOTION TO TRANSFER VENUE,
FIRST AMENDED MOTION TO DISMISS, FIRST AMENDED MOTION FOR MORE
DEFINITE STATEMENT,
AND FIRST AMENDED MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OD SAID COURT:

COMES NOW Plaintiff Mario Alaniz requesting an extension of time and leave to file a response to Defendants' First Amended Motion to Transfer Venue, First Amended motion to Dismiss, First Amended Motion for More Definite Statement, and First Amended Motion to Stay Discovery and in support thereof states as follows:

1. Plaintiff was served with various motions filed by Defendants on or about March 26, 2004 thereby making his response to the forgoing motions, in accordance to the submission admission date, due on or about April 15, 2004.

2. For various reasons including but not limited to the fact that (1) responses in opposition of the various motions and are not complete, and such responses require additional

briefing cannot be addressed by Plaintiff within such a short time period, (2) one of Plaintiff's attorneys is out of town, and (3) an affidavit from Plaintiff has not been received, Plaintiff requests an extension and leave from this Honorable Court of two weeks to file a brief in response to Defendants' motions.

3. This motion is not made to cause undue delay, and there will be no prejudice to Defendants.

4. Plaintiffs' attorney has conferred with Defendants' attorney who do not oppose this motion.

5. Plaintiff requests such other further relief at law and in equity to which Plaintiff may be justly entitled.

    Respectfully submitted,

    SANCHEZ, WHITTINGTON, JANIS
        & ZABARTE, L.L.P.
    100 North Expressway 83
    Brownsville, Texas 78521-2284
    Telephone: (956) 546-3731
    Telefax: (956) 546-3766

By: _____
    Francisco J. Zabarte
    State Bar No. 22235300
    Federal I.D. No. 10747

    Miguel Salinas
    State Bar No. 17534750
    Federal I.D. No. 15171
    Law Office of Miguel Salinas
    803 Old Port Isabel Road
    Brownsville, Texas 78521
    Telephone: (956) 550-1115
    Telefax: (956) 550-1134
    Attorneys for Plaintiff

**CERTIFICATE OF CONFERENCE AND NON-OPPOSITION**

I, Francisco J. Zabarte, certify that on the 13th day of April 2004 I conferred with counsel for Defendants, Arnold Aguilar, with regard to Defendants' First Amended Motion to Transfer Venue, First Amended motion to Dismiss, First Amended Motion for More Definite Statement, and First Amended Motion to Stay Discovery, and he did not oppose an extension of time of two weeks for Plaintiff to file a response to said motions.

Francisco J. Zabarte

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion has on 15th day of April, 2004, been forwarded via certified mail, return receipt requested to:

Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

Francisco J. Zabarte