IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. B-04-40 |
| | § | |
| THE CITY OF SULLIVAN CITY, TEXAS, | § | |
| ET AL. | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on May 7, 2004, the Court **GRANTED** Plaintiff's Unopposed Motion for Leave of Extension of Time to Respond to Defendants' First Amended Motion to Transfer Venue, First Amended Motion to Dismiss, First Amended Motion for More Definite Statement, and First Amended Motion to Stay Discovery [Dkt. No. 11]. In Plaintiff's motion, he requested a two-week extension. That date has since passed, and Plaintiff has only filed a response to Defendants' Amended Motion to Transfer Venue. Plaintiff is **ORDERED** to file his remaining responses no later than 4:00 p.m. on May 12, 2004.

DONE this 7th day of May, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge