IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIO ALANIZ, JR. § | |
|     Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| THE CITY OF SULLIVAN CITY, TEXAS § | |
| GUMARO FLORES, In His Individual and § | CIVIL ACTION NO. B-04-040 |
| Official Capacity as Mayor of Sullivan City, § | |
| REYNALDO RUIZ and § | JURY DEMANDED |
| FROILAN RAMIREZ, In their Individual § | |
| and Official Capacities as Commissioners § | |
| and ROLANDO GONZALEZ, In His § | |
| Individual and Official Capacity as § | |
| City Manager § | |
|     Defendants. | |

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST AMENDED MOTION TO DISMISS**

---

TO THE HONORABLE JUDGE OD SAID COURT:

    COMES NOW Plaintiff Mario Alaniz requesting an extension of time and leave to file a response to Defendants' Motion to Dismiss and in support thereof states as follows:

    1.    Plaintiff was served with various motions filed by Defendants on or about March 26, 2004 thereby making his response to the forgoing motions, in accordance to the submission admission date, due on or about April 15, 2004. Plaintiff previously filed motion for leave to extend the time to respond until April 29, 2004.

    2.    For various reasons including but not limited to the fact that (1) responses in opposition of the various motions and are not all complete, and such responses require additional briefing, and (2) Miguel Salinas, one of Plaintiff's attorneys, and the attorney responsible for responding to the Motion to Dismiss, has repeatedly been our of town, Plaintiff requests an extension and leave from this Honorable Court until May 13, 2004, to file a brief in response to Defendants' Motion to Dimiss.

3. This motion is not made to cause undue delay, and there will be no prejudice to Defendants.

4. Plaintiffs' attorney has conferred with Defendants' attorney who does not oppose this motion.

5. Plaintiff requests such other further relief at law and in equity to which Plaintiff may be justly entitled.

          Respectfully submitted,

          SANCHEZ, WHITTINGTON, JANIS
               & ZABARTE, L.L.P.
          100 North Expressway 83
          Brownsville, Texas 78521-2284
          Telephone: (956) 546-3731
          Telefax: (956) 546-3766

By: _____
          Francisco J. Zabarte
          State Bar No. 22235300
          Federal I.D. No. 10747

          Miguel Salinas
          State Bar No. 17534750
          Federal I.D. No. 15171
          Law Office of Miguel Salinas
          803 Old Port Isabel Road
          Brownsville, Texas 78521
          Telephone: (956) 550-1115
          Telefax: (956) 550-1134
          Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE AND NON-OPPOSITION

I, Francisco J. Zabarte, certify that on the 12th day of May 2004 I conferred with counsel for Defendants, Arnold Aguilar, with regard to Defendants' First Amended Motion to Dismiss, and he did not oppose an extension of time until May 13, 2004 for Plaintiff to file a response to said motion.

Francisco J. Zabarte

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion has on 12th day of May, 2004, been forwarded via certified mail, return receipt requested to:

Law Office of J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520

Francisco J. Zabarte