IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR.<br>    Plaintiff, | § § § | |
| VS. | § § | |
| THE CITY OF SULLIVAN CITY, TEXAS<br>GUMARO FLORES, In His Individual and<br>Official Capacity as Mayor of Sullivan City,<br>REYNALDO RUIZ and<br>FROILAN RAMIREZ, In their Individual<br>and Official Capacities as Commissioners<br>and ROLANDO GONZALEZ, In His<br>Individual and Official Capacity as<br>City Manager<br>    Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. B-04-040<br><br>JURY DEMANDED |

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST AMENDED MOTION TO DISMISS

On the 14th day of May, 2004, came for consideration Plaintiff's Unopposed Motion for Leave of Extension of Time to respond to Defendants' First Amended Motion to Dismiss.

After consideration of same, the Court is of the opinion that Plaintiff's Motion for Leave and Extension of Time should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Leave and Extension of Time is GRANTED.

SIGNED on this the 14th day of May, 2004.

_____
U.S. DISTRICT JUDGE