United States District Court
Southern District of Texas
FILED

MAY 17 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| | § | |
| THE CITY OF SULLIVAN CITY, TEXAS, | § | B - 04 - 040 |
| TEXAS, GUMARO FLORES, in his and | § | |
| Official Capacity as Mayor of Sullivan | § | |
| City, REYNALDO RUIZ and FROILAN | § | |
| RAMIREZ, in their Individual and Official | § | |
| Capacities as Commissioners and ROLANDO | § | |
| GONZALEZ, in his Individual and Official | § | |
| Capacity as City Manager | § | |

## DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the **CITY OF SULLIVAN CITY, TEXAS** and **GUMARO FLORES**, *Individually and in his official capacity as Mayor of the City of Sullivan City*, **REYNALDO RUIZ**, *Individually and in his official capacity as a Commissioner of the City of Sullivan City*, **FROILAN RAMIREZ**, *Individually and in his official capacity as a Commissioner of the City of Sullivan City*, and **ROLANDO GONZALEZ**, *Individually and in his official capacity as City Manager of the City of Sullivan City*, Defendants herein, and file this their Reply to Plaintiff's Response to Defendants' Motion to Transfer Venue, and would respectfully show unto the Court the following:

## I.

Plaintiff's cited case, ***Chretien v. Home Depot U.S.A., Inc.***, 169 F. Supp. 2d 670 (S.D. Tex. 2001), is distinguishable. Unlike the Plaintiff in ***Chretien***, Plaintiff Mario Alaniz in this case does not reside in the Brownsville Division where he filed suit. The District Court in ***Chretien*** gave great weight to, and based its decision on, the fact that Plaintiff was a Galveston resident seeking redress for personal injury in the Galveston Division, "giving [that] Court a wholly legitimate interest in adjudicating [the] dispute . . . ." ***Chretien***, 169 F. Supp. 2d at 675. The Court concluded that the plaintiff in that case was not a forum shopper because he was a resident of the Galveston Division. ***Id.*** at 676.

Plaintiff in this case is clearly forum shopping. Plaintiff admits that he is a resident of Hidalgo County. On the face of Plaintiff's pleadings, the witnesses are located and events upon which Plaintiff is basing his litigation occurred in Hidalgo County. The Defendants reside in Hidalgo County as well, and the potential witnesses, which are included on the face of Plaintiff's pleadings, include the Hidalgo County District Attorney and members of the Hidalgo County Sheriff's Department. Further, Plaintiff's affidavit filed with his response clearly shows that Plaintiff has a subjective belief that he will be subjected to an unfair trial in the United States District Court for the Southern District of Texas, McAllen Division. Plaintiff implies that the judges of the McAllen Division will be coerced by, and somehow subject to, undue political influences that Plaintiff alleges and believes are present in Hidalgo County. Plaintiff also impugns the integrity of the jury selection process of the McAllen Division. Plaintiff's affidavit contains the stated, actual reasons for filing in the Brownsville Division. Plaintiff's fears are irrelevant and unfounded, and therefore Plaintiff's choice of forum should not be given any weight.

Considering the fact that the face of Plaintiff's pleadings indicates all of the witnesses reside in Hidalgo County, that Plaintiff and Defendants reside in Hidalgo County, that all of the documentation emanated from Hidalgo County, and considering that Plaintiff appears only to be forum shopping, this Court should transfer the case to the McAllen Division of the Southern District of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendants **CITY OF SULLIVAN CITY, TEXAS** and **GUMARO FLORES**, *Individually and in his official capacity as Mayor of the City of Sullivan City*, **REYNALDO RUIZ**, *Individually and in his official capacity as a Commissioner of the City of Sullivan City*, **FROILAN RAMIREZ**, *Individually and in his official capacity as a Commissioner of the City of Sullivan City*, and **ROLANDO GONZALEZ**, *Individually and in his official capacity as City Manager of the City of Sullivan City*, would respectfully request that the Court set this matter for hearing and transfer Plaintiff's lawsuit to the McAllen Division of the Southern District of Texas, pursuant to 28 U.S.C § 1404(a), and for such other and further relief to which Defendants may show themselves to be justly entitled, at law and in equity.

Signed on this the 17th day of May, 2004.

>Respectfully submitted,
>
>**LAW OFFICE
>J. ARNOLD AGUILAR**
>Artemis Square, Suite H-2
>1200 Central Boulevard
>Brownsville, Texas 78520
>Telephone    : (956) 504-1100
>Facsimile    : (956) 504-1408
>
>By: _____
>    J. Arnold Aguilar
>    State Bar No. 00936270
>    Federal Adm. No. 6822
>
>John J. Jordan, Jr.
>State Bar No. 00796852
>Federal Adm. No. 21304
>
>Attorney for Defendants,
>**CITY OF SULLIVAN CITY** and **GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ,** and **ROLANDO GONZALEZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE,** has on this the 17th day of May, 2004, been forwarded via certified mail, return receipt requested to:

Mr. Frank J. Zabarte
SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 N. Expressway 83
Brownsville, TX 78521-2284

Mr. Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, TX 78521

_____
John J. Jordan Jr.