IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. |
| | § | |
| THE CITY OF SULLIVAN CITY, TEXAS, | § | B - 04 - 040 |
| TEXAS, GUMARO FLORES, in his and | § | |
| Official Capacity as Mayor of Sullivan | § | |
| City, REYNALDO RUIZ and FROILAN | § | |
| RAMIREZ, in their Individual and Official | § | |
| Capacities as Commissioners and ROLANDO | § | |
| GONZALEZ, in his Individual and Official | § | |
| Capacity as City Manager | § | |

United States District Court
Southern District of Texas
FILED

JUL 1 3 2004

Michael N. Milby
Clerk of Court

JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   **RESPONSE:** The parties met telephonically and by e-mail on July 12, 2004. Frank Zabarte represented Plaintiff, and J. Arnold Aguilar represented Defendants.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   **RESPONSE:** None.

3. Specify the allegation of federal jurisdiction.

   **RESPONSE:** Among other claims, Plaintiff alleges violations of the First and Fourteenth Amendments, violations of due process, a liberty interest, and conspiracy to interfere with his civil rights, for which he sues pursuant to 42 U.S.C. §§ 1983 and 1985.

4.  Name the parties who disagree and the reasons.

    **RESPONSE:** None.

5.  List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

    **RESPONSE:** Plaintiff anticipates requesting permission to add a second plaintiff, Blas Gonzalez, after the Court has ruled on Defendant's pending motion to transfer venue.

6.  List anticipated interventions.

    **RESPONSE:** The parties are aware of no potential intervenors at this time.

7.  Describe class-action issues.

    **RESPONSE:** None.

8.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If no, describe the arrangements that have been made to complete the disclosures.

    **RESPONSE:** The parties have agreed to provide initial disclosures by July 30, 2004.

9.  Describe the proposed agreed discovery plan, including:

    A.  Responses to all the matters raised in Rule 26(f).

        **RESPONSE:** The parties have agreed to provide initial disclosures by July 30, 2004.

    B.  When and to whom the plaintiff anticipates it may send interrogatories.

        **RESPONSE:** Plaintiff intends to submit written discovery to Defendants by August 31, 2004.

    C.  When and to whom the defendant anticipates it may send interrogatories.

        **RESPONSE:** Defendants intend to submit written discovery to Plaintiff by August 31, 2004.

D. Of whom and by when the plaintiff anticipates taking oral depositions.

**RESPONSE:** Plaintiff anticipates completing depositions of Defendants and any witnesses named by Defendants by February 28, 2005.

E. Of whom and by when the defendant anticipates taking oral depositions.

**RESPONSE:** Defendants anticipate completing depositions of Plaintiff and any witnesses named by Plaintiff by February 28, 2005.

F. When the plaintiff (or the party with the burden of proof of an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

**RESPONSE:** Plaintiff – December 31, 2004
Defendants – January 31, 2005

G. List expert depositions the plaintiff (or the party with the burden of proof of an issue) anticipates taking and their anticipate completion date. See Rule 26(a)(2)(B) (expert report).

**RESPONSE:** Plaintiff anticipates taking the depositions of experts named by Defendants within 30 days of designation and receipt of their reports.

H. List expert depositions the opposing counsel anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**RESPONSE:** Defendants anticipate taking the depositions of experts named by Plaintiff within 30 days of designation and receipt of their reports.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

    **RESPONSE:** The parties are in agreement.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

    **RESPONSE:** None.

12. State the date the planned discovery can reasonably be completed.

    **RESPONSE:** February 28, 2005

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    **RESPONSE:** The parties have agreed to consider mediation once sufficient facts have been developed.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    **RESPONSE:** The parties have agreed to consider mediation once sufficient facts have been developed.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

    **RESPONSE:** The parties have agreed to consider mediation once sufficient facts have been developed.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    **RESPONSE:** The parties are not in agreement to proceed before a Magistrate Judge at this time.

17. State whether a jury demand has been made and if it was made on time.

    **RESPONSE:** A demand for a jury was timely made.

18. Specify the number of hours it will take to present the evidence of this case.

    **RESPONSE:** Approximately 40 hours, exclusive of jury selection.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **RESPONSE:** Defendants' First Amended Motion to Transfer Venue, First Amended Motion to Dismiss, First Amended Motion for More Definite Statement, and First Amended Motion to Stay Discovery.

20. List other motions pending.

    **RESPONSE:** None.

21. Indicate other matters peculiar to this case, including discovery, that deserves the special attention of the court at the conference.

    **RESPONSE:** None at this time.

22.  List the names, bar numbers, addresses and telephone numbers of all counsel.

    **RESPONSE:** **Francisco J. Zabarte**
State Bar No. 22235300
Federal Adm. No. 10747
**SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.**
100 North Expressway 83
Brownsville, TX 78521-2284
(956) 546-3731

**Miguel Salinas**
State Bar No. 17534750
Federal Adm. No. 15171
**LAW OFFICE OF MIGUEL SALINAS**
803 Old Port Isabel Road
Brownsville, TX 78521
(956) 550-1115

**J. Arnold Aguilar**
State Bar No. 00936270
Federal Adm. No. 6822
**John J. Jordan, Jr.**
State Bar No. 00796852
Federal Adm. No. 21304
**LAW OFFICE J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX 78520
(956) 504-1100

_Frank Zabarte, by J.AA, with permission_
Counsel for Plaintiff

7/12/04
Date

_[signature]_
Counsel for Defendant

7/12/04
Date