

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIO ALANIZ, JR.<br>    Plaintiff, | §<br>§<br>§ |
| VS. | §<br>§ |
| THE CITY OF SULLIVAN CITY, TEXAS<br>GUMARO FLORES, In His Individual and<br>Official Capacity as Mayor of Sullivan City,<br>REYNALDO RUIZ and<br>FROILAN RAMIREZ, in their Individual<br>and Official Capacities as Commissioners<br>and ROLANDO GONZALEZ, In His<br>Individual and Official Capacity as<br>City Manager<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

CIVIL ACTION NO. B-04-040

JURY DEMANDED

---

### MOTION FOR LEAVE TO FILE PLAINTIFFS' AMENDED COMPLAINT

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, MARIA ALANIZ, requesting a leave to file Plaintiffs' Amended Complaint and in support thereof states as follows:

1. Plaintiffs proposed Amended Complaint simply adds one party who has previously been identified by the parties as a potential party to this case. The causes of action alleged by both Plaintiffs are the same.

2. The parties attorneys have, for over two months, discussed this claim but had agreed to wait until after their initial pre-trial conference with the Honorable Judge of this Court before adding this Plaintiff.

3. This motion is not made to cause undue delay, and there will be no prejudice to Defendants.

4. Plaintiffs' attorney has conferred with Defendants' attorney who does not confirm whether his clients oppose this motion.

---

5.  Plaintiffs request such other further relief at law and in equity to which Plaintiffs may be justly entitled.

>Respectfully submitted,
>
>SANCHEZ, WHITTINGTON, JANIS
>  & ZABARTE, L.L.P.
>100 North Expressway 83
>Brownsville, Texas 78521-2284
>Telephone: (956) 546-3731
>Telefax: (956) 546-3766
>
>By: _____
>     Francisco J. Zabarte
>     State Bar No. 22235300
>     Federal I.D. No. 10747
>
>Miguel Salinas
>State Bar No. 17534750
>Federal I.D. No. 15171
>Law Office of Miguel Salinas
>803 Old Port Isabel Road
>Brownsville, Texas 78521
>Telephone: (956) 550-1115
>Telefax: (956) 550-1134
>
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I, Francisco J. Zabarte, certify that on the 28th day of July 2004, I conferred with counsel for Defendants, J. Arnold Aguilar, the last time with regard to Plaintiffs' Amended Complaint, and he did not confirm whether he opposes this motion.

_____
Francisco J. Zabarte

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Motion has on August 5, 2004, been forwarded via certified mail, return receipt requested to: J. Arnold Aguilar, Law Office of J. Arnold Aguilar Artemis Square, Suite H-2, 1200 Central Blvd., Brownsville, Texas 78520.

                                                                           Francisco J. Zabarte