IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUl 1 0 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| MARIO ALANIZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. B-04-40 |
| | § | |
| THE CITY OF SULLIVAN CITY, TEXAS, | § | |
| ET AL. | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on August 9, 2004, the Court **GRANTED** Plaintiff's Motion for Leave to File Amended Complaint [Dkt. No. 21]. The Court issued an order granting in part and denying in part Defendants' Motion to Dismiss on August 4, 2004. Although the Court referenced the fact that Plaintiff may seek leave to amend his complaint, Plaintiff's present request to amend is simply to add a party, and it appears the amended complaint does not address the issues ruled on by the Court in its order of partial dismissal. As a result, the Court **GRANTS** Plaintiff's Motion for Leave to File Amended Complaint [Dkt. No. 21]. Plaintiff(s) may seek leave to amend their complaint pursuant to the Court's August 4, 2004, order.

DONE this 9th day of August, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge