United States District Court
Southern District of Texas
FILED

AUG 1 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § § | |
| VS. | § § § | CIVIL ACTION NO. |
| THE CITY OF SULLIVAN CITY, TEXAS, TEXAS, GUMARO FLORES, in his and Official Capacity as Mayor of Sullivan City, REYNALDO RUIZ and FROILAN RAMIREZ, in their Individual and Official Capacities as Commissioners and ROLANDO GONZALEZ, in his Individual and Official Capacity as City Manager | § § § § § § § § § | B - 04 - 040 |

## DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the **CITY OF SULLIVAN CITY, TEXAS** and **GUMARO FLORES**, *Individually and in his official capacity as Mayor of the City of Sullivan City*, **REYNALDO RUIZ**, *Individually and in his official capacity as a Commissioner of the City of Sullivan City*, **FROILAN RAMIREZ**, *Individually and in his official capacity as a Commissioner of the City of Sullivan City*, and **ROLANDO GONZALEZ**, *Individually and in his official capacity as City Manager of the City of Sullivan City*, Defendants herein, and file this their Answer to Plaintiffs' Amended Complaint, and would respectfully show the Court the following:

## I.

(1) Defendants do not have sufficient knowledge to admit or deny paragraphs 1.1 or 1.2, as to whether Plaintiffs Mario Alaniz, Jr. and Blas Gonzalez reside in Starr County. Defendants admit that they have been previously served, as alleged in paragraphs 1.3 – 1.6.

(2) Defendants admit that jurisdiction is proper under 28 U.S.C. § 1331, § 1343 and § 1367 as set out in paragraphs 2.1 and 2.2. Defendants deny any liability for the underlying allegations supporting jurisdiction set out in paragraph 2.2.

(3) Defendants deny the allegations contained in paragraph 3.1.

(4) Defendants admit that Mario Alaniz Jr. was employed with the City of Sullivan City as Chief of Police from July 27, 2002 until his termination. Defendants deny the remainder of paragraph 3.2.

(5) Defendants admit that Blas Gonzalez had been employed with the City of Sullivan City in of the City's Police Department. Defendants deny the remainder of paragraph 3.3.

(6) Defendants deny the allegations contained in paragraphs 3.4 – 3.26.

(7) Defendants admit that this case has been brought pursuant to the First Amendment of the United States Constitution and pursuant to 42 U.S.C. § 1983 and § 1985 as set out in paragraphs 4.1, 4.2, and 4.4. Defendants deny the remainder of paragraphs 4.1, 4.2 and 4.4, and Defendants deny the allegations contained in paragraphs 4. and 4.3.

(8) Defendants deny the allegations contained in paragraph 5.

(9) Defendants admit that this case has been brought pursuant to the Texas Government Code § 554.001 *et. seq.* Defendants deny the remainder of paragraph 5.1.

(10)  Defendants deny the allegations contained in paragraphs 5.2, 5.3, and 5.4.

(11)  Defendants deny that Plaintiffs have met all the conditions precedent as alleged in paragraph 6.

(12)  Defendants admit that portion of paragraph 7.2 in which Plaintiffs allege they were employed with the City of Sullivan City. Defendants deny the remainder of the allegations in paragraph 7.2, and deny all the allegations contained within paragraphs 7., 7.1, 7.3 and 7.4.

(13)  Defendants deny the allegations contained in paragraphs 8 and 9.

(14)  Defendants admit that Plaintiffs requested a jury, as set out in paragraph 10.

(15)  Defendants deny that Plaintiffs are entitled to the recovery to the damages requested in their prayer.

## II.

### AFFIRMATIVE DEFENSES

(1)  Plaintiffs cannot recover, directly or indirectly, from Defendants **GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ, and ROLANDO GONZALEZ**, individually or in their official capacities, because these Defendants are entitled to federal qualified immunity for all allegations made herein.

(2)  Plaintiffs cannot recover, directly or indirectly, from Defendants **GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ, and ROLANDO GONZALEZ**, individually or in their official capacities, for Plaintiffs claims of defamation of character, intentional infliction of emotional distress, civil conspiracy, or entitlement to punitive damages, because the Texas Tort Claims Act and the laws of the state of Texas do not allow for these causes of action against Defendants, and Defendants' entitlement to official or qualified immunity has not been waived.

(3) Defendants **GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ,** and **ROLANDO GONZALEZ,** individually or in their official capacities, would show that they are entitled to official immunity and dismissal of Plaintiffs' claims for defamation of character, intentional infliction of emotional distress and civil conspiracy, or entitlement to punitive damages.

(4) Should it be determined that Defendants **GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ,** and **ROLANDO GONZALEZ,** individually or in their official capacities, are not entitled to qualified or official immunity, Defendants would invoke the statutory limitation of liability and damages as set out in Texas Civil Practice and Remedies Code Chapter 108.

(5) Any loss or damages sustained by Plaintiffs at the time and place, and on the occasion, mentioned in Plaintiffs' Amended Complaint were caused in whole or in part, or contributed to, by the negligence or fault of Plaintiff Mario Alaniz, Jr. and/or Plaintiff Blas Gonzalez, and not by any negligence or fault or want of care on the part of the **CITY OF SULLIVAN CITY, TEXAS,** and **GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ,** and **ROLANDO GONZALEZ,** individually or in their official capacities, and Defendants would hereby invoke the doctrine of comparative responsibility.

(6) In the alternative, Defendants would show that Plaintiffs' alleged injuries and damages were caused, in whole or in part, or contributed to, by the negligence, fault, or want of care of parties, persons, or instrumentalities over whom Defendants exercised no control and for whose acts Defendants are not under law responsible.

(7)  Plaintiffs cannot recover, directly or indirectly, from Defendant **CITY OF SULLIVAN CITY, TEXAS** because of the Doctrine of Sovereign Immunity;

(8)  If its determined that Chapter 554.001 *et. seq.* of the Texas Government Code applies, Defendants **CITY OF SULLIVAN CITY, TEXAS, and GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ,** and **ROLANDO GONZALEZ** would invoke the statutory limitations on damages contained within that Chapter.

## III.

### JURY REQUEST

(1)  Defendants **CITY OF SULLIVAN CITY, TEXAS, and GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ,** and **ROLANDO GONZALEZ** hereby request trial by a jury of their peers.

WHEREFORE, PREMISES CONSIDERED, Defendants **CITY OF SULLIVAN CITY, TEXAS** and **GUMARO FLORES,** *Individually and in his official capacity as Mayor of the City of Sullivan City,* **REYNALDO RUIZ,** *Individually and in his official capacity as a Commissioner of the City of Sullivan City,* **FROILAN RAMIREZ,** *Individually and in his official capacity as a Commissioner of the City of Sullivan City,* and **ROLANDO GONZALEZ,** *Individually and in his official capacity as City Manager of the City of Sullivan City,* pray that upon final trial and hearing, that they have judgment on their behalf, together with costs and attorney's fees pursuant to 42 U.S.C. § 1988, and that Defendants be granted such other and further relief, both special and general, at law in equity, to which they may show themselves to be justly entitled.

Signed on this the 19th day of August, 2004.

                               Respectfully submitted,

                               **LAW OFFICE**
                               **J. ARNOLD AGUILAR**
                               Artemis Square, Suite H-2
                               1200 Central Boulevard
                               Brownsville, Texas 78520
                               Telephone     : (956) 504-1100
                               Facsimile      : (956) 504-1408

By: _____
                               J. Arnold Aguilar
                               State Bar No. 00936270
                               Federal Adm. No. 6822

                               John J. Jordan, Jr.
                               State Bar No. 00796852
                               Federal Adm. No. 21304

                               Attorney for Defendants,
                               **CITY OF SULLIVAN CITY, TEXAS** and **GUMARO FLORES, REYNALDO RUIZ, FROILAN RAMIREZ,** and **ROLANDO GONZALEZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**, has on this the 19th day of August, 2004, been forwarded via certified mail, return receipt requested to:

Mr. Frank J. Zabarte
SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 N. Expressway 83
Brownsville, TX 78521-2284

Mr. Miguel Salinas
LAW OFFICE OF MIGUEL SALINAS
803 Old Port Isabel Road
Brownsville, TX 78521

_____
John J. Jordan Jr.