IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, et al | § § | |
| VS. | § § § | CIVIL ACTION NO. |
| THE CITY OF SULLIVAN CITY, TEXAS, TEXAS, GUMARO FLORES, in his and Official Capacity as Mayor of Sullivan City, REYNALDO RUIZ and FROILAN RAMIREZ, in their Individual and Official Capacities as Commissioners and ROLANDO GONZALEZ, in his Individual and Official Capacity as City Manager | § § § § § § § § § § | B - 04 - 040 |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

On the _____ day of _____, 2005, this cause came for hearing on ***Defendants' Motion to Dismiss Claims of Plaintiff Blas Gonzalez.***

After hearing the argument of counsel thereon, the Court is of the opinion that Defendants' Motion to Dismiss Claims of Plaintiff Blas Gonzalez be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Motion to Dismiss Claims of Plaintiff Blas Gonzalez is GRANTED.

SIGNED on this the _____ day of _____, 2005.

_____
U. S. DISTRICT JUDGE

**COPIES TO:**
Mr. Frank J. Zabarte, 100 N. Expressway 83, Brownsville, TX 78521-2284
Mr. Mike Salinas, 803 Old Port Isabel Road, Brownsville, TX 78521
Mr. J. Arnold Aguilar, 1200 Central Blvd., Ste. H-2, Brownsville, TX 78520