IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, et al | § § | |
| VS. | § § § | CIVIL ACTION NO. |
| THE CITY OF SULLIVAN CITY, TEXAS, TEXAS, GUMARO FLORES, in his and Official Capacity as Mayor of Sullivan City, REYNALDO RUIZ and FROILAN RAMIREZ, in their Individual and Official Capacities as Commissioners and ROLANDO GONZALEZ, in his Individual and Official Capacity as City Manager | § § § § § § § § § § | B - 04 - 040 |

## ORDER SETTING HEARING

On this _____ day of _____, 2005, came to be considered ***Defendants' Motion to Dismiss Claims of Plaintiff Blas Gonzalez*** in the above styled and numbered cause.

IT IS THEREFORE ORDERED that said Defendants' Motion to Dismiss Claims of Plaintiff Blas Gonzalez be and is hereby set for hearing on the ____ day of _____, 2005, at _____ o'clock ___.m.

SIGNED FOR ENTRY this ____ day of _____, 2005.

_____
U. S. DISTRICT JUDGE

**COPIES TO:**
Mr. Frank J. Zabarte, 100 N. Expressway 83, Brownsville, TX 78521-2284
Mr. Mike Salinas, 803 Old Port Isabel Road, Brownsville, TX 78521
Mr. J. Arnold Aguilar, 1200 Central Blvd., Ste. H-2, Brownsville, TX 78520