IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 0 1 2005
Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIO ALANIZ, JR. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. |
| § | |
| THE CITY OF SULLIVAN CITY, § | B - 04 - 040 |
| TEXAS, GUMARO FLORES, in his and § | |
| Official Capacity as Mayor of Sullivan § | |
| City, REYNALDO RUIZ and FROILAN § | |
| RAMIREZ, in their Individual and Official § | |
| Capacities as Commissioners and ROLANDO § | |
| GONZALEZ, in his Individual and Official § | |
| Capacity as City Manager § | |

## DEFENDANTS' MOTION FOR ENTRY OF SCHEDULING ORDER

TO THE HONORABLE U. S. DISTRICT COURT:

COME NOW, the **CITY OF SULLIVAN CITY, TEXAS, GUMARO FLORES,** *in his Official Capacity as Mayor of Sullivan City,* **REYNALDO RUIZ** and **FROILAN RAMIREZ,** *in their Individual and Official Capacities as Commissioners* and **ROLANDO GONZALEZ,** *in his Individual and Official Capacity as City Manager,* Defendants in the above styled and numbered cause, and respectfully request that a Scheduling Order be entered in order to set discovery, pleadings, motions and other deadlines, including scheduling a Final Pretrial Conference and jury selection, at the Court's earliest convenience.

Signed on this the 30th day of March, 2005.

                        Respectfully submitted,

                        **LAW OFFICE**
                        **J. ARNOLD AGUILAR**
                        Artemis Square, Suite H-2
                        1200 Central Boulevard
                        Brownsville, Texas  78520
                        Telephone   : (956) 504-1100
                        Facsimile    : (956) 504-1408

By: _____
                        J. Arnold Aguilar
                        Federal Adm. No. 6822
                        State Bar No. 00936270

                        Attorney for Defendants

## CERTIFICATE OF CONFERENCE

I, J. Arnold Aguilar, have conferred with counsel for Plaintiff and they are unopposed to the filing and merits of this motion.

_____
                                      J. Arnold Aguilar

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above, **DEFENDANTS' MOTION FOR ENTRY OF SCHEDULING ORDER,** has on the this 1st day of April, 2005, been forwarded to the following:

Mr. Frank J. Zabarte
**SANCHEZ, WHITTINGTON & ZABARTE**
100 N. Expressway 83
Brownsville, TX 78521-2284

Mr. Miguel Salinas
**LAW OFFICE OF MIGUEL SALINAS**
803 Old Port Isabel Road
Brownsville, TX 78521

_____
J. Arnold Aguilar