IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § § | |
| VS. | § § § | CIVIL ACTION NO. |
| THE CITY OF SULLIVAN CITY, TEXAS, GUMARO FLORES, in his and Official Capacity as Mayor of Sullivan City, REYNALDO RUIZ and FROILAN RAMIREZ, in their Individual and Official Capacities as Commissioners and ROLANDO GONZALEZ, in his Individual and Official Capacity as City Manager | § § § § § § § § § § | B - 04 - 040 |

## RULE 16, F.R.C.P. SCHEDULING ORDER

The following schedule will control the disposition of this case:

1. _____ **ALL DISCOVERY** must be completed by this date. No motion for extension of time will be granted unless there is a showing of express need and that good cause exists.

2. _____ **MOTIONS** for extension of time to complete discovery must be filed by this date.

3. _____ **MOTIONS DEADLINE:** All other motions, including joinder of parties, must be filed by this date.

4. _____ **JOINDER OF PARTIES** will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to call newly joined parties.

5. _____. **A JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas.

v:\fp\motions\Ds' M4Entry of Scheduling Order                                              PAGE 4

6. _____ **A PRETRIAL CONFERENCE** is set on this date at _____ o'clock \_\_\_\_.m. in the _____ Floor Courtroom, 600 E. Harrison, Brownsville, Texas.

Attendance by counsel for all parties is required at the Pretrial Conference unless a written motion to reschedule the Pretrial Conference has been granted by the Court. Failure to timely file the Joint Pretrial Order will result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment, as appropriate. Counsel are admonished that any motion presented for filing which is not in compliance with Local Rule 7 will be stricken from the record. Counsel are to notify the Court immediately should the case be settled, and an appropriate joint motion and dismissal order shall be submitted to the Court.

The Clerk shall send a copy of this order to the counsel of record for the parties.

DONE on this _____ day of _____, 2005, at Brownsville, Texas.

_____
Hon. Hilda G. Tagle
UNITED STATE DISTRICT JUDGE