IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § § | |
| VS. | § § § | CIVIL ACTION NO. |
| THE CITY OF SULLIVAN CITY, TEXAS, TEXAS, GUMARO FLORES, in his and Official Capacity as Mayor of Sullivan City, REYNALDO RUIZ and FROILAN RAMIREZ, in their Individual and Official Capacities as Commissioners and ROLANDO GONZALEZ, in his Individual and Official Capacity as City Manager | § § § § § § § § § § | B - 04 - 040 |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On the _____ day of _____, 2005, this cause came for hearing on *Defendants City of Sullivan City, Texas, Gumaro Flores, Reynaldo Ruiz, Froilan Ramirez, and Rolando Gonzalez' Motion for Summary Judgment.*

After examining the evidence and hearing the argument of the parties, the Court is of the opinion that *Defendants City of Sullivan City, Texas, Gumaro Flores, Reynaldo Ruiz, Froilan Ramirez, and Rolando Gonzalez'* Motion for Summary Judgment should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that Defendants' Motion for Summary Judgment be in all things Granted, and that all of Plaintiffs' claims against *Defendants City of Sullivan City, Texas, Gumaro Flores, Reynaldo Ruiz, Froilan Ramirez, and Rolando Gonzalez'* are hereby DISMISSED WITH PREJUDICE in their entirety.

SIGNED on this the _____ day of _____, 2005.

_____
**UNITED STATES DISTRICT JUDGE**

**COPIES TO:**
Mr. Frank J. Zabarte, 100 N. Expressway 83, Brownsville, TX 78521-2284
Mr. Miguel Salinas, 803 Old Port Isabel Road, Brownsville, TX 78521
J. Arnold Aguilar, 1200 Central Blvd., Ste. H-2, Brownsville, TX 78520