# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § § | |
| VS. | § § | CIVIL ACTION NO. |
| | § | |
| THE CITY OF SULLIVAN CITY, TEXAS, TEXAS, GUMARO FLORES, in his and Official Capacity as Mayor of Sullivan City, REYNALDO RUIZ and FROILAN RAMIREZ, in their Individual and Official Capacities as Commissioners and ROLANDO GONZALEZ, in his Individual and Official Capacity as City Manager | § § § § § § § § § | B - 04 - 040 |

## ORDER SETTING HEARING

On the _____ day of _____, 2005, this cause came for hearing on *Defendants City of Sullivan City, Texas, Gumaro Flores, Reynaldo Ruiz, Froilan Ramirez, and Rolando Gonzalez' Motion for Summary Judgment* in the above styled and numbered cause.

IT IS THEREFORE ORDERED that said Defendants' Motion for Summary Judgment be and is hereby set for hearing on the _____ day of _____, 2005, at _____ o'clock ___.m.

SIGNED FOR ENTRY this _____ day of _____, 2005.

_____
U. S. DISTRICT JUDGE

**COPIES TO:**
Mr. Frank J. Zabarte, 100 N. Expressway 83, Brownsville, TX 78521-2284
Mr. Miguel Salinas, 803 Old Port Isabel Road, Brownsville, TX 78521
Mr. J. Arnold Aguilar, 1200 Central Blvd., Ste. H-2, Brownsville, TX 78520