# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO.** |
| | § | |
| | § | **B - 04 - 040** |
| THE CITY OF SULLIVAN CITY, TEXAS, | § | |
| TEXAS, GUMARO FLORES, in his and | § | |
| Official Capacity as Mayor of Sullivan | § | |
| City, REYNALDO RUIZ and FROILAN | § | |
| RAMIREZ, in their Individual and Official | § | |
| Capacities as Commissioners and ROLANDO | § | |
| GONZALEZ, in his Individual and Official | § | |
| Capacity as City Manager | § | |

---

### AFFIDAVIT OF J. ARNOLD AGUILAR

---

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned official, on this day appeared **J. ARNOLD AGUILAR,** who is personally known to me, and first being duly sworn according to law upon his oath deposes and says:

"My name is J. Arnold Aguilar, I am over 18 years of age, I have never been convicted of a crime, and I am fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

As the attorney for Defendant City of Sullivan City, Texas, Civil Action No. **B - 04 – 040,** pending in the United States District Court for the Southern District of Texas, Brownsville Division, I attended the following depositions:

| | | | |
|---|---|---|---|
| **Exhibit A-1** | - | Mario Alaniz | January 4, 2005 |
| **Exhibit A-2** | - | Blas Gonzalez | February 24, 2005 |

The excerpts from the transcript of this deposition testimony attached are true copies of the testimony given by the person named above.

Further affiant sayeth naught."

_____
J. Arnold Aguilar

SUBSCRIBED AND SWORN TO BEFORE ME on the 12th day of April, 2005, to certify which witness my hand and official seal.



_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

My commission Expires:

7-26-05
_____