IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § § | |
| VS. | § § § | CIVIL ACTION NO. |
| THE CITY OF SULLIVAN CITY, TEXAS, GUMARO FLORES, in his and Official Capacity as Mayor of Sullivan City, REYNALDO RUIZ and FROILAN RAMIREZ, in their Individual and Official Capacities as Commissioners and ROLANDO GONZALEZ, in his Individual and Official Capacity as City Manager | § § § § § § § § § | B - 04 - 040 |

## AFFIDAVIT AUTHENTICATING BUSINESS RECORDS

STATE OF TEXAS          §
                        §
COUNTY OF STARR         §

BEFORE ME, the undersigned authority personally appeared **ROLANDO GONZALEZ**, who, being duly sworn, deposed and said:

1.   "My name is Rolando Gonzalez, I am over 18 years of age, of sound mind, capable of making this affidavit, and am personally acquainted with the facts stated herein. The facts stated herein are true and correct. I am employed by the City of Sullivan City as City Manager, and I am a Custodian of Records for the City of Sullivan City. I am capable of making this affidavit on its behalf.

2.   I am a person in charge of the records for the City of Sullivan City. Attached and incorporated to this affidavit are:

   **Exhibit B -**  January 27, 2004 Memo re: Warrant Officer position;
   **Exhibit C -**  December 12, 2003 letter from Hidalgo County District Attorney;
   **Exhibit D -**  Plaintiff's October 28, 2003 letter;

**Exhibit E -** Plaintiff's November 28, 2003 letter; *and*
**Exhibit F -** December 7, 2003 Memorandum suspension letter

3. The attached records are kept by me in the regular course of business of the City of Sullivan City. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; the records were kept in the course of the regular conducted business of the City of Sullivan City; and the records were made by the regularly conducted activity as a regular practice of the City of Sullivan City. The records attached hereto are exact duplicates of the originals.

Further affiant sayeth naught."

_____
ROLANDO GONZALEZ,
City of Sullivan City, Texas

SUBSCRIBED AND SWORN TO BEFORE ME on the _11_ day of _April_, 2005, to certify which witness my hand and official seal.

[SEAL: CLAUDIA REYES, MY COMMISSION EXPIRES August 5, 2006]

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

My commission Expires:
_8-5-06._