# EXHIBIT B

# MEMORANDUM

**TO:** Judge Jaime de la Garza

**FROM:** Rolando Gonzalez, City Manager

**DATE:** January 27, 2004

**RE:** Employment of Warrant Officer

Former Chief of Police Mario Alaniz requested that the City rehire former Police Officer Blas Gonzalez as a warrant officer. The Mayor, Alaniz, you and I conferred on the subject and reached a consensus that Mr. Gonzalez be rehired on a temporary basis because the Warrant Officer position was not a budgeted position. Budgetary constraints are such now that it is necessary to abolish the position in order to maintain the City's financial integrity. Therefore, the temporary Warrant Officer position will be terminated effective on the last day of this month. Please advise Warrant Officer Gonzalez of the pending action.

# EXHIBIT C

RENE GUERRA



December 12, 2003

Blas Gonzalez
Warrant Officer
P.O. Box 249
Sullivan City, Texas 78595

Re: Traffic Citations

Dear Mr. Gonzalez:

Please be advised that I have reviewed the enclosed documents with Mr. Rene Guerra, District Attorney. We have concluded that the evidence reference traffic citations being changed to warnings are insufficient for criminal charges. Mr. Guerra proposes to discuss this matter with your judge to resolve any confusion he may have about his authority or the law.

In reference to your assistant chief, Mr. Guerra is of the opinion this matter needs to be addressed with internally. If you have any questions please feel free to call me.

Sincerely,

Sofia Arizpe
Assistant District Attorney

HIDALGO COUNTY COURTHOUSE - 100 N. CLOSNER, ROOM 303 - EDINBURG, TEXAS 78539 - (956) 318-2300 - FAX (956) 318-2301

# EXHIBIT D



Sullivan City Police Department

P.O. Box 249 • Sullivan City, • Texas 78595-0249
PH: 956-485-9208 • FAX: 956-485-9551

October 28, 2003

Rolando Gonzalez
City Manager
Sullivan City, Texas

On October 27, 2003, I was approached by Sullivan City Police Personnel and advised about Assistant Chief Heman Guerra's attempt's to get everyone to write affidavits and back him up in creating a letter of no confidence against myself. Based on my observations of individuals involved, and information gathered, I am requesting to take this matter before the city commission, at which time my officers and I will present facts and my recommendations on this matter. Until this matter is resolved, I am relieving Asst. Chief Guerra of his supervisory duties.

Respectfully submitted,

Chief Mario Alaniz

cc/ Mayor Gumaro Flores
Commissioner Froilan Ramirez
Commissioner Reynaldo Ruiz

# EXHIBIT E



# Sullivan City Police Department

P.O. Box 249 • Sullivan City, • Texas 78595-0249
PH: 956-485-9208 • FAX: 956-485-9551

November 28, 2003

Mayor Gumaro Flores
City of Sullivan City, Texas

This letter is in regards to our discussion this morning. I have received numerous complaints from the Sullivan City Police Personnel regarding your interference with their police duties, as well as complaints of you approaching them and making negative comments regarding the officers and myself, as well as ordering them not to call me whenever I am off because you run this department not me. As I informed you this morning, you have me here as the Chief of Police; Therefore, I am in charge of running this department.

I am advising you that this matter has been taken to a higher authority. We are claiming protection under the Federal Whistle Blowers Act, and any actions taken against my officers or myself will be considered retaliation.

Respectfully,

Chief Mario Alaniz

cc/ City Manager Rolando Gonzalez
Commissioner Reynaldo Ruiz
Commissioner Froilan Ramirez

# EXHIBIT F

# MEMORANDUM

TO: Mario Alaniz, Chief of Police

FROM: Rolando Gonzalez, City Manager

DATE: December 7, 2003

RE: Suspension With Pay

In the best interest of the City I am suspending you with pay effective today. Your office will remain locked and no one is to gain entry without my approval.