IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 9 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIO ALANIZ, JR., § | |
| § | |
| Plaintiff, § | |
| v. § | NO. B-04-40 |
| § | |
| THE CITY OF SULLIVAN CITY, TEXAS, § | |
| ET AL. § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on April 18, 2005, the Court **ORDERED** the parties to submit a joint proposed scheduling order no later than 4:00 p.m. on Monday, April 25, 2005.

DONE this 18th day of April, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge