## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO ALANIZ, JR. | § § § | |
| VS. | § § § | CIVIL ACTION NO. |
| THE CITY OF SULLIVAN CITY, TEXAS, GUMARO FLORES, in his and Official Capacity as Mayor of Sullivan City, REYNALDO RUIZ and FROILAN RAMIREZ, in their Individual and Official Capacities as Commissioners and ROLANDO GONZALEZ, in his Individual and Official Capacity as City Manager | § § § § § § § § § § | B - 04 - 040 |

## JOINT PROPOSED RULE 16, F.R.C.P. SCHEDULING ORDER

The following schedule will control the disposition of this case:

1. **September 15, 2005**  ALL DISCOVERY must be completed by this date. No motion for extension of time will be granted unless there is a showing of express need and that good causes exists.

2. **September 26, 2005**  MOTIONS for extension of time to complete discovery must be filed by this date.

3. **September 30, 2005**  MOTIONS DEADLINE: All other motions, including joinder of parties, must be filed by this date.

4. **October 17, 2005**  JOINDER OF ALL PARTIES will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

5. **October 31, 2005**  A JOINT PRETRIAL ORDER shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas.

6. **November 7, 2005**  A PRETRIAL CONFERENCE is set on this date at 2:30 p.m. in the United States District Court, in Brownsville, Texas

7.   **November 14, 2005**       **TRIAL** is set on this date at 8:30 a.m. in the United States District Court, in Brownsville, Texas.

Attendance by counsel for all parties is required at the Pretrial Conference unless a written motion to reschedule the Pretrial Conference has been granted by the Court. Failure to timely file the Joint Pretrial Order will result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment, as appropriate. Counsel are admonished that any motion presented for filing which is not in compliance with Local Rule 7 will be stricken from the record. Counsel are to notify the Court immediately should the case be settled, and an appropriate joint motion and dismissal order shall be submitted to the Court.

The Clerk shall send a copy of this order to the counsel of record for the parties.

DONE on this ___ day of April, 2005, at Brownsville, Texas.

_____
PRESIDING JUDGE

**AGREED:**

**SANCHEZ, WHITTINGTON & ZABARTE**
100 N. Expressway 83
Brownsville, TX 78521-2284
Telephone:   (956) 546-3731
Facsimile:   (956) 546-3766

By: _Frank J. Zabarte_ _____
   FRANK J. ZABARTE   w/ permission
   State Bar No. 22235300
   Federal Bar No. 10747

**LAW OFFICE OF MIGUEL SALINAS**
803 Old Port Isabel Road
Brownsville, TX 78521
Telephone:   (956) 550-1115
Facsimile:   (956) 550-1134

By: /s/ Miguel Salinas w/permission
MIGUEL SALINAS
State Bar No. 17534750
Federal Bar No. 15171

**ATTORNEY FOR PLAINTIFFS MARIO ALANIZ, JR.
AND BLAS GONZALEZ**


**LAW OFFICE OF J. ARNOLD AGUILAR**
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520
Telephone:  (956) 504-1100
Facsimile:  (956) 504-1408

By: /s/ J. Arnold Aguilar
J. ARNOLD AGUILAR
State Bar No. 00936270
Federal Bar No. 6822

JOHN J. JORDAN, JR.
State Bar No. 00796852
Federal Bar No. 21304

**ATTORNEYS FOR THE CITY OF SULLIVAN, TEXAS**