| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District C~~t~~
~~Southern District of Te~~...
ENTERED
MAY 23 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

MARIO ALANIZ, JR. §

vs. § Civil Action No. B- 04-040

THE CITY OF SULLIVAN CITY, TEXAS, §
ET AL

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __6-7__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   **6/17/2005**
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   **7/28/2005**

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   **9/15/2005**
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

****************************The Court will provide these dates****************************

6. Dispositive Motions will be filed by:   **10/14/2005**

7. Joint pretrial order is due:   **1/17/2006**

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   **1/31/2006**

9. Jury Selection is set for 9:00 a.m. on:   **2/6/2006**
    *(The case will remain on standby until tried)*

Signed __May 23__, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

VICENTA CANTU, et al §

vs. § Civil Action No. B-03-96

CAMERON COUNTY, et al §

*United States District Court*
*Southern District of Texas*
**ENTERED**

**MAY 23 2005**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## SCHEDULING ORDER

1. Trial: Estimated time to try: __10__ days.    ☐ Bench  ■ Jury

2. New parties must be joined by:    **5/27/2005**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    **10/21/2005**

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    **2/1/2006**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:    **3/1/2006**

7. Joint pretrial order is due:    **5/10/2006**

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    **5/24/2006**

9. Jury Selection is set for 9:00 a.m. on:    **6/5/2006**
   *(The case will remain on standby until tried)*

Signed _May 23_____, 2005, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge