IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MARIO ALANIZ, JR. AND BLAS GONZALEZ,** | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | C.A. No. B-04-40 |
| **THE CITY OF SULLIVAN CITY, TEXAS, ET AL.** | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED, that on July 13, 1005, having granted summary judgment in favor of the Defendants on Plaintiffs' federal claims, enters final judgment in favor of the Defendants pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this 13th day of July, 2005.

_____
Hilda G. Tagle
United States District Judge

1